Todd Blanche
Acting Attorney General of the United States
Caitlin Baunsgard
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> QUENTIN MATTHEW DAVID HUTCHISON, <br><br> Defendant. | Case No.: 2:26-CR-00048-TOR-2 <br><br> Motion for Detention |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

A.    <u>18 U.S.C. § 3142(e) and (f)</u>

   1.    <u>Eligibility of Case</u>

   This case is eligible for a detention order because the case involves (check one or more):

   ☐    Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

   ☐    A violation of 18 U.S.C. § 1591;

Motion for Detention - 1

☐ An offense listed in 18 U.S.C. § 2332b(g)(5)(B) with maximum penalty of 10 years or more;

☐ Maximum penalty of life imprisonment or death;

☐ Drug offense with maximum penalty of 10 years or more;

☐ Felony, with two prior convictions in above categories;

☒ Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☐ Minor Victim        ☒ Firearm        ☐ Destructive Device

☒ Dangerous Weapon  ☐ Failure to Register

☒ Serious risk Defendant will flee (as specified below); or

☒ Serious risk obstruction of justice (as specified below).

2. <u>Reason for Detention</u>

The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒ Defendant's appearance as required; or

☒ Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>.

The United States

☐ will

Motion for Detention - 2

☐　　will not invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).

If the United States is invoking the presumption, it applies because there is probable cause to believe Defendant committed:

☐　　Drug offense with maximum penalty of 10 years or more;

☐　　An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐　　An offense under 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐　　An offense under chapter 77 of Title 18, United States Code, for which a maximum term of imprisonment of 20 years or more is prescribed;

☐　　An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐　　Other circumstances as defined in 18 U.S.C. § 3142(e)(2).

4.　　<u>Time for Detention Hearing</u>

The United States requests that the Court conduct the detention hearing:

☐　　At the first appearance, or

☒　　After a continuance of three days.

Motion for Detention - 3

B.    No Contact Order

The United States further requests, in addition to pretrial confinement, that Defendant be subject to the following condition:

Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution.  Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties.

Dated:  April 16, 2026.

Todd Blanche
Acting Attorney General of the United States
s/ Caitlin Baunsgard
Caitlin Bainsgard
Assistant United States Attorney

Motion for Detention - 4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

<u>s/ Caitlin Baunsgard</u>
Caitlin Baunsgard
Assistant United States Attorney

Motion for Detention - 5